# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2959 Disciplinary Docket No. 3 |
| | : | |
| CRAIG TYLER EDWARDS | : | No. 32 DB 2023 |
| | : | |
| | : | (Bucks County Court of Common Pleas, |
| | : | CP-09-CR-0001150-2022) |
| | : | |
| | : | Attorney Registration No. 78679 |
| | : | |
| | : | (Bucks County) |

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of March, 2023, the Joint Petition to Temporarily Suspend an Attorney is granted, and Craig Tyler Edwards is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(5). Respondent shall comply with the provisions of Pa.R.D.E. 217.

      This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(2) (providing an exception to the confidentiality requirement of Rule 402 when "the investigation is predicated upon a conviction of the respondent-attorney for a crime").